UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-124-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEMECO LAMONT RICHARDSON | ORDER TO SEAL |

On motion of the Defendant, Demeco Lamont Richardson, and for good cause shown, it is hereby ORDERED that the **[DE 65]** be sealed until further notice by this Court.

IT IS SO ORDER.

This __4th__ day of __October__, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge